David M. Reaves, Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF
# DIVISION

In re: §
§
Allison, Michael J § Case No. 2:12-bk-17338-GBN
Allison, Ginger A §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on            . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                     $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DAVID M. REAVES_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 12-17338 | GBN | Judge: GEORGE B. NIELSEN, JR. | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|---|---|
| Case Name: | Allison, Michael J | | | Date Filed (f) or Converted (c): | 08/02/12 (f) |
| | Allison, Ginger A | | | 341(a) Meeting Date: | 09/06/12 |
| For Period Ending: | 01/13/14 | | | Claims Bar Date: | 07/23/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. House and land 1051 N. Opal Mesa, AZ 85207 | 347,000.00 | 0.00 | OA | 0.00 | FA |
| -PER ORDER GRANTING MOTION FOR RELIEF FROM STAY SIGNED ON 11/20/12. | | | | | |
| -PER TRUSTEE'S NOTICE TO ABANDON PROPERTY FILED ON 10/7/13. | | | | | |
| 2. Raw land Rainbow Valley 2 acres | 15,000.00 | 0.00 | OA | 0.00 | FA |
| -PER TRUSTEE'S NOTICE TO ABANDON PROPERTY FILED ON 10/7/13. | | | | | |
| 3. Raw land in Tucson | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| -PER TRUSTEE'S NOTICE TO ABANDON PROPERTY FILED ON 10/7/13. | | | | | |
| 4. AZFCU - checking social security | 800.00 | 0.00 | | 0.00 | FA |
| AZFCU - checking social security | | | | | |
| 5. AZFCU Savings | 0.00 | 0.00 | | 0.00 | FA |
| AZFCU Savings | | | | | |
| 6. Chase checking | 300.00 | 0.00 | | 0.00 | FA |
| Chase checking | | | | | |
| 7. Bed, couch, loveseat, dinette set, tv, coffee tabl | 3,000.00 | 0.00 | | 0.00 | FA |
| Bed, couch, loveseat, dinette set, tv, coffee table, dresser, night table, kitchenware, linens, refrigerator, washer, dryer | | | | | |
| 8. Misc Books, CD's, Knick Knacks | 50.00 | 0.00 | | 0.00 | FA |
| Misc Books, CD's, Knick Knacks | | | | | |
| 9. Men's and Women's clothings | 200.00 | 0.00 | | 0.00 | FA |
| Men's and Women's clothings | | | | | |
| 10. Wedding bands | 200.00 | 0.00 | | 0.00 | FA |
| Wedding bands | | | | | |

| Case No: | 12-17338 GBN Judge: GEORGE B. NIELSEN, JR. | | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|---|
| Case Name: | Allison, Michael J | | Date Filed (f) or Converted (c): | 08/02/12 (f) |
| | Allison, Ginger A | | 341(a) Meeting Date: | 09/06/12 |
| | | | Claims Bar Date: | 07/23/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 11. 1 Keltec 9mm, 1 keltec 32 | 350.00 | 0.00 | | 0.00 | FA |
| 1 Keltec 9mm, 1 keltec 32 | | | | | |
| 12. Guitars - made by debtor; value unknown | 0.00 | Unknown | | 0.00 | FA |
| Guitars - made by debtor; value unknown | | | | | |
| 13. 401K | 22,000.00 | 0.00 | | 0.00 | FA |
| 401K | | | | | |
| 14. St. Judes Stock | 0.00 | 0.00 | | 0.00 | FA |
| St. Judes Stock | | | | | |
| 15. 2003 Mitsubishi Galant, 65,000 miles | 4,831.00 | 0.00 | | 0.00 | FA |
| 2003 Mitsubishi Galant, 65,000 miles | | | | | |
| 16. 1992 Chevy 4x4, 115,000 miles | 1,844.00 | 0.00 | | 0.00 | FA |
| 1992 Chevy 4x4, 115,000 miles | | | | | |
| 17. 2004 31ft Adirondac travel trailer | 11,885.00 | 0.00 | OA | 0.00 | FA |
| 2004 31ft Adirondac travel trailer<br>-PER ORDER GRANTING MOTION FOR RELIEF FROM STAY SIGNED ON 4/15/13. | | | | | |
| 18. 2 desks, drawing table | 75.00 | 75.00 | | 0.00 | FA |
| 2 desks, drawing table | | | | | |
| 19. Labradoodle family dog | 25.00 | 0.00 | | 0.00 | FA |
| Labradoodle family dog | | | | | |
| 20. 2012 FederalTax Refunds (u) | 1,888.00 | 1,106.93 | | 1,112.26 | FA |
| 21. 2012 State Tax Refund (u) | 897.00 | 525.91 | | 525.91 | FA |
| 22. Wages - Ginger (u) | 1,299.13 | 249.83 | | 249.83 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $416,644.13 | $6,957.67 | | $1,888.00 | $0.00 |

Case No: 12-17338    GBN    Judge: GEORGE B. NIELSEN, JR.      Trustee Name: DAVID M. REAVES
Case Name: Allison, Michael J      Date Filed (f) or Converted (c): 08/02/12 (f)
Allison, Ginger A      341(a) Meeting Date: 09/06/12
Claims Bar Date: 07/23/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST's office for approval.

Initial Projected Date of Final Report (TFR): 06/01/13      Current Projected Date of Final Report (TFR): 01/13/14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-17338 -GBN | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|
| Case Name: | Allison, Michael J | Bank Name: | UNION BANK |
| | Allison, Ginger A | Account Number / CD #: | 2132043932 Checking Account |
| Taxpayer ID No: | *******1128 | | |
| For Period Ending: | 01/13/14 | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/29/13 | | INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | 2012 Federal Tax Refund | | 1,888.00 | | 1,888.00 |
| | 22 | ALLISON, MICHAEL J | Memo Amount: 249.83 WAGES ALLOCATED FROM FED REFUND | 1229-000 | | | |
| | 21 | ALLISON, MICHAEL J | Memo Amount: 525.91 2012 STATE TAX REFUND | 1224-000 | | | |
| | 20 | ALLISON, MICHAEL J | Memo Amount: 1,112.26 2012 FEDERAL TAX REFUND | 1224-000 | | | |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,873.00 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,858.00 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,843.00 |
| * 10/04/13 | 300001 | Michael and Ginger Allison 3243 W 48th Street Indianapolis, IN 46228-2103 | DEBTOR SHARE OF TAX REFUNDS | 8500-004 | | 5.32 | 1,837.68 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,822.68 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,807.68 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,792.68 |
| * 01/03/14 | 300001 | Michael and Ginger Allison 3243 W 48th Street Indianapolis, IN 46228-2103 | Stop Payment Reversal SA | 8500-004 | | -5.32 | 1,798.00 |
| 01/06/14 | 300002 | Clerk of the U.S. Bankruptcy Court 230 N. First Ave., Ste. 101 Phoenix, AZ 85003 | DEBTOR SHARE OF TAX REFUNDS | 8500-001 | | 5.32 | 1,792.68 |
| | | | | Page Subtotals | 1,888.00 | 95.32 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-17338 -GBN | | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|---|
| Case Name: | Allison, Michael J | | Bank Name: | UNION BANK |
| | Allison, Ginger A | | Account Number / CD #: | 2132043932 Checking Account |
| Taxpayer ID No: | *******1128 | | | |
| For Period Ending: | 01/13/14 | | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,888.00 | COLUMN TOTALS | | 1,888.00 | 95.32 | 1,792.68 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 1,888.00 | 95.32 | |
| Memo Allocation Net: | 1,888.00 | Less: Payments to Debtors | | | 5.32 | |
| | | Net | | 1,888.00 | 90.00 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 1,888.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - 2132043932 | | 1,888.00 | 90.00 | 1,792.68 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 1,888.00 | | | 1,888.00 | 90.00 | 1,792.68 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 2:12-bk-17338-GBN
Case Name: Allison, Michael J
     Allison, Ginger A
Trustee Name: DAVID M. REAVES

  Balance on hand  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID M. REAVES | $ | $ | $ |
| Trustee Expenses: DAVID M. REAVES | $ | $ | $ |

 Total to be paid for chapter 7 administrative expenses $_____
 Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

 In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $   must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 8)
Case 2:12-bk-17338-GBN Doc 52 Filed 02/25/14 Entered 02/25/14 13:54:56 Desc
Main Document Page 8 of 10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be            percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000003 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000004 | eCAST Settlement Corp, Assignee of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE